Steven R. Disharoon (CA State Bar No. 273170)
sdisharoon@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
1401 Willow Pass Road, Suite 700
Concord, California 94520-7982
Phone: 925 222 3400 ♦ Fax: 925 356 8250

Attorneys for Defendant TJM PLAZA GRF2, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERYL WILSON, <br><br> Plaintiff, <br><br> v. <br><br> PAN NORCAL, LLC, ET AL., <br><br> Defendants. | Case No. 2:18-CV-00660-KJM-KJN <br><br> **STIPULATION AND ORDER EXTENDING TIME TO PLEAD TO COMPLAINT** <br><br> Trial Date: None Set <br><br> The Hon. Kimberly J. Mueller |

It is hereby agreed by and between Plaintiff SHERYL WILSON ("Plaintiff") and Defendant TJM PLAZA GRF2, LLC ("Defendant"), acting through their legal counsel, that the time for Defendant to plead to Plaintiff's Complaint should be extended to May 14, 2018. Defendant has not requested any previous extensions of time to respond to the Complaint. Defendant submits that good cause exists for this extension because it obtained counsel herein only on April 26, 2018, and more time is needed to prepare the responsive pleading.

Therefore, Plaintiff and Defendant hereby stipulate that Defendant shall have until May 14, 2018 to plead to Plaintiff's Complaint.

**IT IS SO STIPULATED**

DATED: April 30, 2018          DISABLED ADVOCACY GROUP, APLCS


                               By:  /s/ Scottlynn J. Hubbard, IV
                                    SCOTTLYNN J. HUBBARD, IV
                               Attorneys for Plaintiff SHERYL WILSON

DATED: April 30, 2018                WOOD, SMITH, HENNING & BERMAN LLP

By:    /s/ Steven R. Disharoon
       STEVEN R. DISHAROON
Attorneys for Defendant TJM PLAZA GRF2, LLC

. . .

Having reviewed the foregoing Stipulation, and good cause appearing, the Court hereby orders that Defendant TJM PLAZA GRF2, LLC's deadline to plead to Plaintiff's Complaint is extended to May 14, 2018.

**IT IS SO ORDERED.**

DATED: May 4, 2018.

_____
UNITED STATES DISTRICT JUDGE