**PAN AMERICAN GROUP LLC**
Jenna M. Yott (SBN 251901)
jyott@flynnrg.com
225 Bush Street, Suite 1800
San Francisco, California 94104
Telephone:     (415) 903-2100

Attorneys for Defendant
PAN NORCAL LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SHERYL WILSON**,<br><br>    Plaintiff,<br><br>  vs.<br><br>**PAN NORCAL, LLC; TJM PLAZA GRF2, LLC,**<br><br>    Defendants. | Case No.: 2:18-CV-00660-KJM-KJN<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PAN NORCAL LLC TO RESPOND TO CROSS-CLAIM OF TJM PLAZA GRF2, LLC**<br><br>Action Filed: March 27, 2018 |
| **CROSS CLAIMS** | |
| **PAN NORCAL LLC**,<br><br>    Cross-Complainant,<br><br>  vs.<br><br>**TJM PLAZA GRF2, LLC**,<br><br>    Cross-Defendant. | |
| **TJM PLAZA GRF2, LLC**,<br><br>    Cross-Complainant,<br><br>  vs.<br><br>**PAN NORCAL LLC**,<br><br>    Cross-Defendant | |

1

Cross-Complainant TJM Plaza GRF2, LLC ("TJM") and Cross-Defendant Pan NorCal LLC ("Pan" and together, the "Parties") are in receipt of the Court's May 30, 2018 Order (ECF No. 15), which states that this action is stayed and "all previously set deadlines and hearings are VACATED pending further order of the court." (Order at 2.)

TJM is of the understanding the Order does not apply to responsive pleadings required under the FRCP, and filed its compulsory counterclaim against Pan on May 30, 2018. (ECF No. 16.) Pan is of the understanding the Order may apply to responsive pleadings. To resolve this issue, the Parties hereby request an order that the deadline for Pan to respond to TJM's counterclaim shall be extended until 21 days after the Court vacates the stay described in the Order.

In the alternative, should the Court have intended that pleading deadlines be enforced despite the Order, the Parties stipulate pursuant to Local Rule 144 that the time for Pan to respond to TJM's cross-complaint shall be extended for 28 days, where such stipulation does not require Court order.

Dated: June 27, 2018　　　　　　　　PAN AMERICAN GROUP LLC


By:　　　/s/ Jenna M. Yott, Esq.
　　　　Jenna M. Yott
　　　　Attorneys for Defendant, Cross-Claimant, and
　　　　Cross-Defendant
　　　　PAN NORCAL LLC

Dated: June 27, 2018　　　　　　　　WOOD, SMITH, HENNING & BERMAN LLP


By:　　　/s/ Steven R. Disharoon, Esq.
　　　　Steven R. Disharoon
　　　　Attorneys for Defendant, Cross-Claimant, and
　　　　Cross-Defendant
　　　　TJM PLAZA GRF2, LLC

2

STIP. TO EXTEND TIME RE TJM PLAZA CROSS-CLAIM; ORDER　　　　　　2:18-CV-00660-KJM-KJN

**ORDER**

Pursuant to stipulation, and for good cause shown, the time for Pan NorCal LLC to respond to the Counter-Claim of TJM GRF2, LLC shall be extended until 21 days after this court lifts the Stay in this action entered at ECF No. 15. In the meantime, the parties must comply with all conditions imposed by the court at the time it entered the Stay.

IT IS SO ORDERED.

DATED: July 6, 2018.

UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of California by using the CM/ECF system on June 27, 2018.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the Eastern District of California's CM/ECF system.

Dated:  June 27, 2018                    PAN AMERICAN GROUP LLC


By:       /s/ Jenna M. Yott, Esq.
          Jenna M. Yott
          Attorneys for Defendant & Cross-Claimant
          PAN NORCAL LLC