Scottlynn J Hubbard, SBN 212970
**Disabled Advocacy Group, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Email: USDEast@HubsLaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sheryl Wilson, | Case No. 2:18-cv-00660-KJM-KJN |
| Plaintiff, | |
| vs. | **Stipulation to Continue Mediation/VDRP Date** |
| Pan Norcal, LLC, et al., | |
| Defendants. | |

On May 30, 2018, the Court ordered the parties to initiate participation in VDRP if they were not able to reach a settlement on their own. The case was activated to VDRP and, on August 14, 2018, Charles L. Post was assigned as the Neutral. The parties are currently scheduled to appear for mediation with Mr. Post on December 5, 2018. The parties believe that settlement of this matter may hinge on a medical report expected in Plaintiff's concurrent Workers' Compensation case, however, that report will not be available until after the currently scheduled mediation. The parties have been in contact with Mr. Post's office, and everyone is available to appear on January 30, 2019. As such, the parties seek permission from the Court to hold the mediation on January 30, 2019.

Dated: November 16, 2018   DISABLED ADVOCACY GROUP, APLC

 /s/ Scottlynn J Hubbard
SCOTTLYNN J HUBBARD
Attorney for Plaintiff Sheryl Wilson

Dated: November 16, 2018   FLYNN RESTAURANT GROUP

 /s/ Jenna Yott
JENNA YOTT
Attorney for Defendant Pan Norcal, LLC

Dated: November 16, 2018   WOOD SMITH HENNING & BERMAN, LLP

 /s/ Steven Disharoon
STEVEN DISHAROON
Attorney for Defendant TJM Plaza GRF2, LLC

1 **ORDER**

2 GOOD CAUSE HAVING BEEN SHOWN, the parties shall conduct

3 mediation with Neutral Charles Post on January 30, 2019.

4 DATED: November 21, 2018.

_____
UNITED STATES DISTRICT JUDGE