Scottlynn J Hubbard, SBN 212970
**Disabled Advocacy Group, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Email: USDEast@HubsLaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sheryl Wilson,<br><br>  Plaintiff,<br><br>  vs.<br><br>Pan Norcal, LLC, et al.,<br><br>  Defendants. | Case No. 2:18-cv-00660-KJM-KJN<br><br>**Stipulation to Continue Mediation/VDRP Date** |

On May 30, 2018, the Court ordered the parties to initiate participation in VDRP if they were not able to reach a settlement on their own. The case was activated to VDRP and, on August 14, 2018, Charles L. Post was assigned as the Neutral. The parties are currently scheduled to appear for mediation with Mr. Post on January 30, 2019. The parties believe that settlement of this matter may hinge on two (2) medical reports expected in Plaintiff's concurrent Workers' Compensation case, however, those reports will not be available until after the currently scheduled mediation. As such, the parties request that the last day to participate in mediation be extended to April 30, 2019.

Dated: January 11, 2019    DISABLED ADVOCACY GROUP, APLC

 */s/ Scottlynn J Hubbard*
SCOTTLYNN J HUBBARD
Attorney for Plaintiff Sheryl Wilson

Dated: January 11, 2019    FLYNN RESTAURANT GROUP

 */s/ Jenna Yott*
JENNA YOTT
Attorney for Defendant Pan Norcal, LLC

Dated: January 11, 2019    WOOD SMITH HENNING & BERMAN, LLP

 */s/ Steven Disharoon*
STEVEN DISHAROON
Attorney for Defendant TJM Plaza GRF2, LLC

# ORDER

GOOD CAUSE HAVING BEEN SHOWN, the parties shall conduct mediation with Neutral Charles Post by April 30, 2019.

DATED: January 16, 2019.

_____
UNITED STATES DISTRICT JUDGE