Stephen J. Henning (State Bar No. 144060)
shenning@wshblaw.com
Steven R. Disharoon (State Bar No. 273170)
sdisharoon@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
1401 Willow Pass Road, Suite 700
Concord, California 94520-7982
Phone: 925 222 3400 ♦ Fax: 925 356 8250

Attorneys for Defendant TJM PLAZA GRF2, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERYL WILSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PAN NORCAL, LLC, ET AL.,<br><br>　　　　Defendants. | Case No. 2:18-CV-00660-KJM-KJN<br><br>**STIPULATION AND ORDER TO CONTINUE MEDIATION/VDRP DATE**<br><br>Trial Date: None Set<br><br>The Hon. Kimberly J. Mueller |

On May 30, 2018 the Court ordered the parties to initiate participation in VDRP if they were not able to reach a settlement on their own. The case was activated to VDRP and, on August 14, 2018, Charles L. Post was assigned as the Neutral. There is a current order in place for the parties to complete mediation on or before April 30, 2019. The parties believe that settlement in this matter likely hinges on the disclosure of two medical reports in Plaintiffs' underlying workers' compensation case, which have yet to be disclosed and will not be available until after the ADR deadline. This circumstance exists despite the parties' good faith efforts to retrieve the same. As

such, the parties request that the last day to participate in mediation be extended to August 31, 2019.

Dated: April 26, 2019  DISABLED ADVOCACY GROUP, APLC

By: */s/ Scottlynn J. Hubbard*
Scottlynn J. Hubbard
Attorneys for Plaintiff
SHERYL WILSON

Dated: April 26, 2019  PAN AMERICAN GROUP LLC

By: */s/ Jenna Yott*
Jenna M. Yott
Attorneys for Defendant, Cross-Claimant, and Cross-Defendant
PAN NORCAL LLC

Dated: April 26, 2019  WOOD, SMITH, HENNING & BERMAN LLP

By: */s/ Steven Disharoon*
Steven R. Disharoon
Attorneys for Defendant, Cross-Claimant, and Cross-Defendant
TJM PLAZA GRF2, LLC

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, the parties shall conduct mediation with the Neutral Charles Post by August 31, 2019.

IT IS SO ORDERED.

DATED: May 1, 2019.

_____
UNITED STATES DISTRICT JUDGE

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
1401 WILLOW PASS ROAD, SUITE 700
CONCORD, CALIFORNIA 94520-7982
TELEPHONE 925 222 3400 ♦ FAX 925 356 8250