1  Steven R. Disharoon (State Bar No. 273170)
   sdisharoon@wshblaw.com
2  Tudor D. Jones (State Bar No. 303008)
   tjones@wshblaw.com
3  **WOOD, SMITH, HENNING & BERMAN LLP**
   1401 Willow Pass Road, Suite 700
4  Concord, California 94520-7982
   Phone: 925 222 3400 ♦ Fax: 925 356 8250

Attorneys for Defendant TJM PLAZA GRF2, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERYL WILSON,<br><br>             Plaintiff,<br><br>      v.<br><br>PAN NORCAL, LLC, ET AL.,<br><br>             Defendants. | Case No. 2:18-CV-00660-KJM-KJN<br><br>**NOTICE OF SUBMISSION OF DEFENDANT TJM PLAZA GRF2, LLC'S CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT**<br><br>DATE:    November 15, 2019<br>TIME:    9:00 a.m.<br>JUDGE:   Allison Claire<br>CRTRM:   26 (8th Floor)<br><br>Trial Date: None Set |

**TO PLAINTIFF AND HER ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on November 8, 2019, Defendant TJM PLAZA GRF2, LLC ("Defendant") submitted its Confidential Settlement Conference Statement to the chambers for Magistrate Judge Allison Claire.

DATED: November 8, 2019         WOOD, SMITH, HENNING & BERMAN LLP

                                By: _____
                                    STEVEN R. DISHAROON
                                    TUDOR D. JONES
                                Attorneys for Defendant TJM PLAZA GRF2, LLC