**PAN AMERICAN GROUP LLC**
Jenna M. Yott (SBN 251901)
jyott@flynnrg.com
225 Bush Street, Suite 1800
San Francisco, California 94104
Telephone:     (415) 903-2100

Attorneys for Defendant
PAN NORCAL LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **SHERYL WILSON**, | Case No.: 2:18-CV-00660-KJM-KJN |
| Plaintiff, | **NOTICE OF SUBMISSION OF CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT BY DEFENDANT PAN NORCAL LLC** |
| vs. | |
| **PAN NORCAL, LLC; TJM PLAZA GRF2, LLC,** | **DATE:    November 15, 2019** |
| Defendants. | **TIME:    9:00 a.m.**<br>**COURTROOM:  26 (8th Floor)**<br>**JUDGE:  Hon. Allison Claire** |

**TO THE COURT AND ALL PARTIES OF RECORD:**

Please take notice that on November 8, 2019, Defendant Pan NorCal LLC submitted its Confidential Settlement Conference Statement via electronic mail to the chambers of Magistrate Judge Allison Claire.

Dated:  November 8, 2019          PAN AMERICAN GROUP LLC

By:         /s/ Jenna M. Yott, Esq.
Jenna M. Yott
Attorneys for Defendant
PAN NORCAL LLC

1

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of California by using the CM/ECF system on November 8, 2019.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the Eastern District of California's CM/ECF system.

Dated:  November 8, 2019                    PAN AMERICAN GROUP LLC


                                   By:        /s/ Jenna M. Yott, Esq.
                                          Jenna M. Yott
                                          Attorneys for Defendant
                                          PAN NORCAL LLC

NOTICE RE SETTLEMENT CONFERENCE STATEMENT                    2:18-CV-00660-KJM-KJN