1  Steven R. Disharoon (State Bar No. 273170)
   sdisharoon@wshblaw.com
2  Tudor D. Jones (State Bar No. 303008)
   tjones@wshblaw.com
3  **WOOD, SMITH, HENNING & BERMAN LLP**
   201 1st Street, Suite 209
4  Petaluma, California 94952-4289
   Phone: (707) 559-6750 ♦ Fax: (707) 559-6749
5
   Attorneys for Defendant TJM PLAZA GRF2, LLC
6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11 | SHERYL WILSON,              | Case No. 2:18-CV-00660-KJM-KJN

12 |         Plaintiff,          | **ORDER TO CONTINUE DISCOVERY DEADLINES**

13 |     v.                      | Trial Date: None Set

14 | PAN NORCAL, LLC, ET AL.,    | The Hon. Kimberly J. Mueller

15 |         Defendants.         |

[PROPOSED] ORDER TO CONTINUE DISCOVERY DEALINES

**ORDER**

Upon consideration of the Joint Stipulation to Continue Deadlines, filed by Plaintiff SHERYL WILSON and Defendants PAN NORCAL, LLC and TJM PLAZA GRF2, LLC, and good cause appearing, the Court hereby modifies the January 21, 2020 Status (Pretrial Scheduling) Order's discovery deadlines for this matter as follows:

| | |
|---|---|
| Expert Witness Disclosure Deadline: | March 10, 2021 |
| Expert Discovery Deadline: | July 9, 2021 |
| Fact Discovery Deadline: | August 11, 2021 |

IT IS SO ORDERED.

Dated:  December 8, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

wils.660