Steven R. Disharoon (State Bar No. 273170)
sdisharoon@wshblaw.com
Tudor D. Jones (State Bar No. 303008)
tjones@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
201 1st Street, Suite 209
Petaluma, California 94952-4289
Phone: (707) 559-6750 ♦ Fax: (707) 559-6749

Attorneys for Defendant TJM PLAZA GRF2, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERYL WILSON, | Case No. 2:18-CV-00660-KJM-KJN |
| Plaintiff, | **JOINT STIPULATION AND ORDER TO CONTINUE DISCOVERY AND MOTION HEARING DEADLINES** |
| v. | |
| PAN NORCAL, LLC, ET AL., | Trial Date: None Set |
| Defendants. | The Hon. Kimberly J. Mueller |

20366175.1:10437-0350

JOINT STIPULATION AND ORDER TO CONTINUE DISCOVERY AND MOTION HEARING DEADLINES

I.

# INTRODUCTION

Pursuant to Federal Rule of Civil Procedure 16(b)(4), Plaintiff SHERYL WILSON ("Plaintiff") and Defendants PAN NORCAL, LLC ("Panera") and TJM PLAZA GRF2, LLC ("TJM") (collectively, the "Parties"), through their counsel of record, HEREBY STIPULATE and agree that the discovery-related dates as set forth in the Court's December 9, 2020 Order to Continue Discovery Deadlines (the "Discovery Order") (Dkt No. 43), should be extended by a period of two months. The Parties further stipulate that the Motion Hearing Schedule set forth on the Court's Status (Pretrial Scheduling) Order (the "Pretrial Order") (Dkt No. 37) should be continued for two months so as to accord with the proposed extended discovery dates.

Based on a showing of good cause and this stipulation, the Parties agree that an extension of approximately two months will allow the Parties to obtain essential evidence from medical providers and experts in a related worker's compensation matter, conduct depositions and evaluations on the basis thereof, and attempt resolution.

II.

# RECITALS & GROUNDS FOR RELIEF

WHEREAS, the current deadline to disclose affirmative expert witnesses is March 10, 2021, the current deadline to disclose rebuttal expert witnesses is April 9, 2021, the current deadline to complete expert discovery is July 9, 2021, the current deadline to complete fact discovery is August 11, 2021, and the current deadline to hear all dispositive motions, except motions for continuances, temporary restraining orders, or other emergency applications, is September 17, 2021;

WHEREAS, this case involves a plaintiff who is also an applicant in an ongoing workers' compensation matter before the Workers' Compensation Appeals Board (WCAB), under WCAB/EAMS No. ADJ10902155, and, notably, the two incidents giving rise to the claims herein occurred just one week apart, meaning issues such as causation are hotly contested;

WHEREAS, the Parties are presently engaged in discussions that may include participation in a global settlement effort that involves the related WCAB matter. Because Plaintiff has

received substantial, if not all, treatment through her workers' compensation claim, the Parties herein are dependent upon a final finding in the WCAB matter in order to further assess whether this matter and the WCAB matter may be resolved in a single global settlement.  The Parties have already conferred with attorneys representing the parties to the related WCAB matter to develop a plan aimed at just such a global settlement;

WHEREAS, recently, the Parties have made significant progress in obtaining evidence from counsel in the WCAB matter in the form of <u>some</u> medical records and <u>some</u> expert reports that are central to issues of damages, apportionment, and the future needs of Plaintiff.  However, the Parties have not received a completed Statement of Benefits and have also not received <u>all</u> relevant expert reports;

WHEREAS, the issue of measuring damages should be clarified by receipt of the Statement of Benefits and further expert reports; however, the Parties herein have not been provided with a further timeframe within which they may receive these documents or further reporting that is central to assessments of causation, allocations of fault, and damages.  Furthermore, Plaintiff's injuries are now alleged to include full-body Complex Regional Pain Syndrome (CRPS), which is a notoriously complex diagnosis and will require extensive expert analysis;

WHEREAS, the current deadlines for expert witness disclosure, expert discovery, fact discovery, and hearing of motions will prejudice all Parties since those deadlines do not afford the proper opportunity to adequately assess the findings of experts in the WCAB (and, again, all such findings have not been provided) and to otherwise evaluate the Plaintiff's claims in this matter;

WHEREAS, the Parties are informed that, if global settlement is not reached through the aforementioned participation in a global settlement efforts, the insurance carrier providing Plaintiff with her workers' compensation benefits intends to enter this case through an intervenor complaint; and

WHEREAS, the Parties submit this Joint Stipulation to the Court as a means through which the Parties may continue to pursue meaningful settlement negotiations;

/ / /

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
1401 WILLOW PASS ROAD, SUITE 700
CONCORD, CALIFORNIA 94520-7982
TELEPHONE 925 222 3400 ♦ FAX 925 356 8250

THE PARTIES HEREBY STIPULATE, AGREE, AND REQUEST:

That the Court modify the pretrial schedule as follows:

| | |
|---|---|
| Affirmative Expert Witness Disclosure Deadline: | May 10, 2021 |
| Rebuttal Expert Witness Disclosure Deadline: | June 11, 2021 |
| Expert Discovery Deadline: | September 9, 2021 |
| Fact Discovery Deadline: | October 11, 2021 |
| Motion Hearing Deadline: | November 17, 2021 |

Dated: March 3, 2021                ZINK & LENZI

By: */s/ JD Zink*
JD Zink
Attorneys for Plaintiff
SHERYL WILSON

Dated: March 3, 2021                PAN AMERICAN GROUP LLC

By: */s/ Jacqueline C. Murphy*
Jacqueline C. Murphy
Attorneys for Defendant, Cross-Claimant, and Cross-Defendant
PAN NORCAL LLC

Dated: March 3, 2021                WOOD, SMITH, HENNING & BERMAN LLP

By: */s/ Tudor D. Jones*
Steven R. Disharoon
Tudor D. Jones
Attorneys for Defendant, Cross-Claimant, and Cross-Defendant
TJM PLAZA GRF2, LLC

**ORDER**

Upon consideration of the Joint Stipulation to Continue Deadlines, signed by Plaintiff SHERYL WILSON and Defendants PAN NORCAL, LLC and TJM PLAZA GRF2, LLC, and good cause appearing, the Court hereby modifies the December 8, 2020 Order to Continue Discovery Deadlines and the January 21, 2020 Status (Pretrial Scheduling) Order deadlines as follows:

| | |
|---|---|
| Affirmative Expert Witness Disclosure Deadline: | May 10, 2021 |
| Rebuttal Expert Witness Disclosure Deadline: | June 11, 2021 |
| Expert Discovery Deadline: | September 9, 2021 |
| Fact Discovery Deadline: | October 11, 2021 |
| Motion Hearing Deadline: | November 19, 2021 |

IT IS SO ORDERED.

DATED: March 10, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE