**PAN AMERICAN GROUP LLC**
Alan C. Nolley (SBN 263436)
anolley@flynnrg.com
Jacqueline C. Murphy (SBN 187732)
jmurphy@flynnrg.com
Jacqueline K. S. Lee (SBN 247705)
jlee@flynnrg.com
225 Bush Street, Suite 1800
San Francisco, California 94104
Telephone: (415) 903-2100

Attorneys for Defendant, Cross-Claimant, and
Cross-Defendant PAN NORCAL LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERYL WILSON, | CASE NO.: 2:18-cv-00660-KJM-KJN |
| Plaintiff, | **JOINT STIPULATION AND ORDER TO CONTINUE EXPERT DISLOSURE DEADLINES** |
| v. | |
| PAN NORCAL, LLC, ET. AL, | Trial Date: None Set |
| Defendants. | The Hon. Kimberly J. Mueller |

## I.

## INTRODUCTION

Pursuant to Federal Rule of Civil Procedure 16(b)(4), Plaintiff SHERYL WILSON ("Plaintiff") and Defendants PAN NORCAL, LLC ("Panera") and TJM PLAZA GRF2, LLC ("TJM") (collectively, the "Parties"), through their counsel of record, HEREBY STIPULATE and agree that the discovery-related dates as set forth in the Court's March 10, 2021 Order modifying the Court's December 8, 2020 Order to Continue Discovery Deadlines (the "Modified Discovery Order") (Dkt No. 46), should be extended by a period of forty-five (45) days only for those deadlines related to the disclosure of expert witnesses, including affirmative and rebuttal expert witness disclosure deadlines.

Based on a showing of good cause and this stipulation, the Parties agree that an extension of approximately forty-five (45) days will allow the Parties to obtain essential evidence from medical

providers, all of which may lead to substantial additions to and/or changes to expert opinions, evaluations and/or conclusions.

## II.

## **RECITALS & GROUNDS FOR RELIEF**

WHEREAS, the current deadline to disclose affirmative expert witnesses is May 10, 2021, and the current deadline to disclose rebuttal expert witnesses is June 11, 2021;

WHEREAS, this case involves a plaintiff who is also an applicant in an ongoing workers' compensation matter before the Workers' Compensation Appeals Board (WCAB), under WCAB/EAMS No. ADJ10902155, and, notably, the two incidents giving rise to the claims herein occurred just one week apart, meaning issues such as causation are hotly contested;

WHEREAS, recently, the Parties have made significant progress in obtaining evidence from counsel in the WCAB matter in the form of some medical records and some expert reports that are central to issues of damages, apportionment, and the future needs of Plaintiff. However, the Parties have not received all medical records and information in order to allow the Parties' respective medical experts to fully and adequately evaluate Plaintiff's damages and injuries, and to fully and adequately prepare their respective reports, opinions and/or conclusions;

WHEREAS, the issue of evaluating measuring damages should be clarified by receipt of the further medical records and reports; however, despite relentless follow up efforts with third party subpoena services, the Parties herein have not been provided with a further timeframe within which they may receive these medical documents that are central to assessments of causation, allocations of fault, and damages. Furthermore, Plaintiff's injuries are now alleged to include full-body Complex Regional Pain Syndrome (CRPS), which is a notoriously complex diagnosis and will require extensive expert analysis only after the receipt of Plaintiff's full and complete medical records;

WHEREAS, the current deadlines for expert witness disclosures will prejudice all Parties since those deadlines do not afford the Parties' respective experts with the proper opportunity to adequately review and assess the medical records in order to evaluate Plaintiff's claims and to fully and adequately prepare their respective reports, opinions and/or conclusions; and

WHEREAS, the Parties submit this Joint Stipulation to the Court as a means through which the Parties' respective experts can be provided more time to fully and adequately evaluate and assess the essential evidence in order to prepare and present their respective opinions and conclusions.

**THE PARTIES HEREBY STIPULATE, AGREE, AND REQUEST**:

That the Court modify the pretrial schedule as follows:

    Affirmative Expert Witness Disclosure Deadline: June 25, 2021

    Rebuttal Expert Witness Disclosure Deadline: July 26, 2021

Dated: May 7, 2021     ZINK & LENZI

By: */s/ JD Zink*
JD Zink
Attorneys for Plaintiff
SHERYL WILSON

Dated: May 7, 2021     PAN AMERICAN GROUP LLC

By: */s/ Alan C. Nolley*
Alan C. Nolley
Attorneys for Defendant, Cross-Claimant, and Cross-Defendant
PAN NORCAL LLC

Dated: May 7, 2021     WOOD, SMITH, HENNING & BERMAN LLP

By: */s/ Tudor D. Jones*
Steven R. Disharoon
Tudor D. Jones
Attorneys for Defendant, Cross-Claimant, and Cross-Defendant
TJM PLAZA GRF2, LLC

# ORDER

Upon consideration of the Joint Stipulation to Continue Deadlines, signed by Plaintiff SHERYL WILSON and Defendants PAN NORCAL, LLC and TJM PLAZA GRF2, LLC, and good cause appearing, the Court hereby modifies the December 8, 2020 Order to Continue Discovery Deadlines, the January 21, 2020 Status (Pretrial Scheduling) Order, and March 11, 2021 Order deadlines as follows:

    Affirmative Expert Witness Disclosure Deadline:    June 25, 2021

    Rebuttal Expert Witness Disclosure Deadline:    July 26, 2021

Dated: May 17, 2021

wils.660

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE