UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sheryl Wilson, | No. 2:18-cv-00660-KJM-KJN |
| Plaintiff, | ORDER |
| v. | |
| Pan Norcal, LLC et al., | |
| Defendant. | |

In light of the parties' representations, the court **grants** plaintiff's request for a one week extension to file her opposition to the pending motion for summary judgment and continue the hearing date on the motion. Req., ECF No. 56.

The plaintiff's **opposition shall be due on November 12, 2021** and any **reply shall be filed by November 19, 2021**. Accordingly, **the court vacates the November 19, 2021 hearing** date for the two motions for summary judgment, ECF Nos. 52 & 53. The argument on the **motions shall be heard on December 17, 2021 at 10:00 a.m.**, the court's next available hearing date. The court amends the Federal Rule of Civil Procedure 16 Order, ECF No. 46, to reset the deadline to hear dispositive motions to December 17, 2021.

This order resolves ECF No. 56.

IT IS SO ORDERED.

DATED: November 8, 2021.

CHIEF UNITED STATES DISTRICT JUDGE