UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sheryl Wilson, | No. 2:18-cv-00660-KJM-KJN |
| Plaintiff, | ORDER |
| v. | |
| Pan Norcal, LLC, et al., | |
| Defendants. | |

This court held a final pretrial conference on June 29, 2023 and set a trial for January 23, 2024. *See* Mins., ECF No. 84; Final Pretrial Order, ECF No. 85. In the pretrial report and at the final pretrial conference, the parties disagreed whether this case would be tried with or without a jury. The court determined it would resolve that disagreement by pretrial motions to be filed within fourteen days of the conclusion of a court-convened settlement conference, with a hearing noticed for the first available civil law and motion hearing date. Am. to Final Pretrial Order, ECF No. 86. The parties attended a settlement conference before the assigned magistrate judge, and the case did not settle. *See* Mins., ECF No. 90. Defendant now moves to set the matter for a non-jury trial and set a hearing for January 26, 2024. Mot., ECF No. 91.

Having reviewed the pending motion, the court finds oral arguments will not be necessary. Following the completion of briefing by the deadlines set in this court's local rules, the matter

will be **submitted for decision without oral arguments**.  The court will issue an order resolving the motion in advance of the January 23, 2024 trial date.

    IT IS SO ORDERED.

DATED: November 29, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE