UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sheryl Wilson, | No. 2:18-cv-00660-KJM-CSK |
| Plaintiff, | ORDER |
| v. | |
| Pan NorCal, LLC, et al., | |
| Defendants. | |

The court previously granted plaintiff Sheryl Wilson's ex parte application to continue the January 23, 2024 trial date six months due to her attorney's ongoing recovery from a cardiac emergency. *See* Order (Jan. 3, 2024), ECF No. 136. The court "direct[ed] the parties to meet and confer and request a status conference regarding setting a new trial date within 90 days" and also "direct[ed] Mr. Zink to file a declaration as soon as possible and no later than 60 days from the date of this order regarding his efforts to identify new or co-counsel, with the goal of actually identifying such counsel within the 60 days provided." *Id.* at 3. Neither party has complied with the court's order. Accordingly, the court **orders the parties to show cause** why they should not be sanctioned for failure to comply with the court's order. Future failure to comply may result in further monetary sanctions and other sanctions, including dismissal for lack of prosecution.

The court also **directs** Mr. Zink to file a declaration regarding his efforts to identify new or co-counsel within **14 days of the date of this order**.

1

1 | The court sets a status conference regarding the setting of a new trial date for
2 | July 24, 2024 at 2:30 pm before the undersigned.  The July hearing will proceed by video
3 | conferencing through the Zoom application.  The Courtroom Deputy will provide counsel with
4 | the hearing access information no less than 24 hours before the hearing.
5 |     IT IS SO ORDERED.
6 | DATED: June 6, 2024.
7 |

_____
CHIEF UNITED STATES DISTRICT JUDGE