**MUSICK, PEELER & GARRETT LLP**

333 South Hope Street, Suite 2900
Los Angeles, California 90071-3048
Telephone (213) 629-7600
Facsimile (213) 624-1376

Kenneth G. Katel (State Bar No. 088487)
  k.katel@musickpeeler.com
Natasha M. Wu (State Bar No. 286163)
  n.wu@musickpeeler.com
Attorneys for Defendant, Cross-Defendant and Counter-Claimant
TJM PLAZA GRF2, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERYL WILSON, | Case No. 2:18-CV-00660-KJM-CSK |
| Plaintiff, | Hon. Kimberly J. Mueller |
| vs. | **ORDER ON TJM PLAZA GRF2, LLC'S REQUEST TO SEAL DOCUMENT** |
| PAN NORCAL, LLC, TJM PLAZA GRF2, LLC, | |
| Defendants. | |
| AND RELATED CROSS-ACTIONS | |

For good cause shown, IT IS HEREBY ORDERED THAT:

Defendant, Cross-Defendant, and Counter-Claimant, TJM PLAZA GRF2, LLC's ("TJM") April 24, 2025 Request to Seal Document is GRANTED. The following document shall be filed under seal for the Court's consideration in connection with TJM's Motion for Determination of Good Faith Settlement: the April 5, 2024 Settlement Agreement and Release entered into by TJM and Plaintiff SHERYL WILSON.

Dated: May 6, 2025.

_[signature]_
UNITED STATES DISTRICT JUDGE

MUSICK, PEELER
& GARRETT LLP

1

ORDER ON TJM PLAZA GRF2, LLC'S REQUEST TO SEAL DOCUMENT